# State of Louisiana
## Secretary of State

02/04/2019

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
BAIL BOND OPERATIONS
8655 E VIA DE VENTURA
SCOTTSDALE, AZ  85258

Suit No.: 20185328
14TH JUDICIAL DISTRICT COURT
CALCASIEU PARISH

JOE PENTACOST, JR., ET AL
vs
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, ET AL

Dear Sir/Madam:

I am enclosing a citation served in regard to the above entitled proceeding. If you are not the intended recipient of this document, please return it to the above address with a letter of explanation. All other questions regarding this document should be addressed to the attorney that filed this proceeding.

Yours very truly,

R. KYLE ARDOIN
Secretary of State

Served on:  R. KYLE ARDOIN
Served by:  E CUMMINS

Date: 02/01/2019
Title:  DEPUTY SHERIFF

No: 1106765

KS



Citation

JOE PENTACOST JR
VS.    2018-005328
AMERICAN BANKERS
INSURANCE COMPANY OF
FLORIDA

14th Judicial District Court
State of Louisiana
Parish of Calcasieu

THE STATE OF LOUISIANA

TO:  AMERICAN BANKERS INSURANCE
      COMPANY OF FLORIDA
      THROUGH    ITS    REGISTERED
      AGENT FOR SERVICE: LOUISIANA
      SECRETARY OF STATE
      8585 ARCHIVES AVE
      Baton Rouge, LA  70809

SERVED ON
R. KYLE ARDOIN

FEB 0 1 2019

SECRETARY OF STATE
COMMERCIAL DIVISION

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in
the petition of JOE PENTACOST JR,           against you, certified copy of which petition accompanies this citation, or file
your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said
Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 19th day of December 2018.

Issued and delivered January 4, 2019

_____
Byron Wilkinson
Deputy Clerk of Court

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named
party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in
said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein
being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20___

SERVICE     $_____          BY:  _____
                                      Deputy Sheriff
MILEAGE     $_____

TOTAL $_____

Party No.    P001

||||| |||| ||| |||| ||| ||||| |||| |||| |||
C M S 6 3 0 0 9 6 4
Filing Date: 01/04/2019 03:19 PM     Page Count: 1
Case Number: 2018-005328
Document Name: Citation

You Are Hereby Notified - Civil



JOE PENTACOST JR                                    14th Judicial District Court
VS.    2018-005328                                         State of Louisiana
AMERICAN BANKERS INSURANCE                    Parish of Calcasieu
COMPANY OF FLORIDA

THE STATE OF LOUISIANA


TO:   AMERICAN BANKERS INSURANCE
      COMPANY OF FLORIDA
      THROUGH ITS REGISTERED
      AGENT FOR SERVICE: LOUISIANA
      SECRETARY OF STATE
      8585 ARCHIVES AVE
      Baton Rouge, LA  70809

YOU ARE HEREBY NOTIFIED:

YOU ARE TO COMPLY WITH THE PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS IN ACCORDANCE WITH LAW.

ALL IN ACCORDANCE WITH CERTIFIED COPY ATTACHED HERETO AND MADE A PART
HEREOF.

Witness the Honorable Judge of said Court, at Lake Charles, Louisiana, this 19TH day of DECEMBER, 2018.

Issued and delivered January 7, 2019

                                              _Byron Wilkinson_
                                              _____
                                              Byron Wilkinson
                                              Deputy Clerk of Court


- - - - - - - - - - - - - - - - - - - - - - - - - - - SERVICE INFORMATION - - - - - - - - - - - - - - - - - - - - - -

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the
above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile
in the parish in the hands of _____, a person apparently over the age of seventeen years, living
and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said
person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE        $_____            BY:    _____
                                              Deputy Sheriff
MILEAGE        $_____

TOTAL $_____

Party No.     P001

| JOE PENTACOST, JR. AND CHARLOTTE PENTACOST | : | 14TH JUDICIAL DISTRICT COURT |
|---|---|---|
| VERSUS NO. 2018-5328 B | : | PARISH OF CALCASIEU |
| AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA AND HOMEFIRST AGENCY, INC. | : | STATE OF LOUISIANA |
| FILED: _____ DEC 1 9 2018 | : | *Aaron Hollier* DEPUTY CLERK OF COURT |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Plaintiffs, JOSEPH PENTACOST, JR. and CHARLOTTE PENTACOST, who respectfully represent that:

1.

Made Defendant herein are:

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a foreign insurance company which may be served via the Louisiana Long Arm statute through the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809. Its registered agent for service of process is Chief Financial Officer, 200 E. Gaines St., Tallahassee, FL 32399; and

HOMEFIRST AGENCY, INC., a foreign insurance company which may be served through its registered agent for service of process, CT Corporation System, at 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

2.

Upon information and belief, Defendant—HOMEFIRST AGENCY, INC. issued a manufactured home insurance policy to Plaintiff—JOE PENTACOST, JR. for his manufactured home located at 109 S. Green St., DeQuincy, LA, 70663, Calcasieu Parish, Louisiana, which was in force and effect on December 20, 2017 and at all relevant times herein.

3.

The above-mentioned HOMEFIRST AGENCY, INC. policy is administered by Defendant–AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA.

4.

On or about December 20, 2017, Plaintiffs' home sustained extensive damage in connection with a severe storm, including damage to the roof, which caused rainwater to leak inside their home and damage its contents.

5.

Plaintiff—JOE PENTACOST, JR. timely notified Defendant of the damage to his property as a result of the December 20, 2017 storm.

6.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., failed to provide Plaintiffs with the recovery to which Plaintiffs are entitled for covered causes of loss.

7.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., intentionally failed to take substantial and affirmative steps to initiate the adequate loss adjustment of the claim within thirty days of notification of the loss.

8.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., failed to compensate Plaintiff for the full amount of his property damage.

9.

Plaintiffs' property damage was aggravated by Defendants' failure to adequately compensate Plaintiffs for the full amount of their property damage necessary to completely repair the property damage from the December 20, 2017 storm, which caused additional property damage and medical expenses related thereto.

10.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., have wrongfully failed to pay all sums due on the claims submitted by Plaintiffs, or alternatively, wrongfully denied the claim within the time provisions established by La. R.S. 22:1892 and La. R.S. 22:1973.

11.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., have breached the express terms and conditions of the manufactured home insurance policy and have otherwise denied Plaintiffs the insurance coverage promised by Defendants, in a manner that has been arbitrary, capricious, and without probable cause.

12.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and

HOMEFIRST AGENCY, INC., have acted without reasonable basis or justification and in

contravention of their duty of good faith and fair dealing in handling Plaintiffs' claim, namely:

a. Breach of Contract;

b. Intentionally failed to conduct a reasonable investigation into the claim reasonably based on all available information, to reasonably evaluate and review the information, and to make reasonable and timely efforts to settle the claims;

c. Unreasonably and intentionally refused to pay benefits to which Plaintiffs are entitled under the terms of the manufactured home insurance policy, which also caused additional property damage and medical expenses related thereto;

d. Unreasonably and intentionally delayed payments to which Plaintiffs are entitled under the terms of the manufactured home insurance policy;

e. Lacked reliable knowledge or information upon which to substantiate a denial of Plaintiffs' claims;

f. The methodology used to determine Plaintiffs' losses is contrary and offensive to public policy in Louisiana; and

g. Any other acts and omissions shown at trial.

13.

As a result of Defendants' failure to adequately compensate Plaintiffs for the necessary

repairs, Plaintiffs sustained past, present, and future damages; which include the following:

a. Medical expenses;

b. Loss of enjoyment of life;

c. Property damage;

d. Physical pain and suffering;

e. Inconvenience and aggravation;

f. Mental anguish and emotional damages; and

g. Any other damages that may be established at trial.

14.

At all relevant times herein, Plaintiff—CHARLOTTE PENTACOST has been and

remains the wife of and resides with Plaintiff—JOE PENTACOST, JR. and has suffered a loss of

consortium of her husband.

15.

Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and

HOMEFIRST AGENCY, INC., owe penalties and attorney fees to Plaintiffs because of their

arbitrary and capricious mishandling of the evaluation and administration of this claim.

**WHEREFORE**, the foregoing considered, Plaintiffs, JOSEPH PENTACOST, JR. and

CHARLOTTE PENTACOST, pray that:

I. Defendants—AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC. be duly cited and served with a certified copy of this petition and commanded to respond thereto;

II. After due proceedings are held, this Court render a judgment in favor of Plaintiffs, JOSEPH PENTACOST, JR. and CHARLOTTE PENTACOST, and against Defendants—AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., awarding Plaintiffs damages in a reasonable amount to be determined by this Court; and

III. Plaintiffs be granted such additional relief as the law, evidence and equity warrant and this Court is competent to grant, including attorney's fees, penalties and costs as may be appropriate.

By attorneys,

STUTES & LAVERGNE, LLC

P. JODY LAVERGNE, (#27546)
JEANETTE DEWITT-KYLE (#33801)
DEIL J. LALANDE (#37200)
600 Broad Street, Post Office Box 1644
Lake Charles, LA 70602-1644
Telephone: (337) 433-0022
Facsimile: (337) 433-0601
deil@stuteslaw.com

**PLEASE SERVE**

THE DEFENDANTS AS
OUTLINED IN PARAGRAPH ONE

A TRUE COPY
Lake Charles, Louisiana

JAN - 4 2019

4

JOE PENTACOST, JR. AND CHARLOTTE          :          14TH JUDICIAL DISTRICT COURT
PENTACOST                                 :

VERSUS NO. _2018-5328 D_                   :          PARISH OF CALCASIEU

AMERICAN BANKERS INSURANCE                :
COMPANY OF FLORIDA AND                    :          STATE OF LOUISIANA
HOMEFIRST AGENCY, INC.                    :

FILED: _____DEC 1 9 2018_____         :          _Dawn Haller_____
                                                     DEPUTY CLERK OF COURT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

To: AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, a foreign insurance company which may be served via the Louisiana Long Arm statute through the Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, Louisiana 70809. Its registered agent for service of process is Chief Financial Officer, 200 E. Gaines St., Tallahassee, FL 32399; and

HOMEFIRST AGENCY, INC., a foreign insurance company which may be served through its registered agent for service of process, CT Corporation System, at 3867 Plaza Tower Drive, Baton Rouge, LA 70816.

Plaintiffs, JOSEPH PENTACOST, JR. and CHARLOTTE PENTACOST, request that Defendants, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA and HOMEFIRST AGENCY, INC., respond under oath, in accordance with Article 1457, *et seq.* of the Louisiana Code of Civil Procedure, the following Request for Production of Documents. In responding to this request, defendants should furnish all information and documents that are available to defendants and answer separately and fully in writing each under oath and produce all documents requested, unless it is objected to, in which event the reasons for the objection shall be stated in lieu of an answer or producing the documents. The answers are to be signed by the person making them, and the objections are to be signed by the attorney making them. This Request for Production of Documents is to be regarded as continuing. If your answer to any Request for Production of Documents materially changes after the time answers are filed or documents produced, you are to supplement your responses to reflect the change. Please take notice that the answers must be served upon the attorney for the plaintiffs within thirty (30) days after the service of this Request for Production of Documents.

## DEFINITIONS AND INSTRUCTIONS

1. "You" or "your" means defendants and, in the case of a corporation, its officers, agents and all other personnel acting in its behalf, "You" also means your parent, affiliate, subsidiary, successor or predecessor and their respective officers, agents, representatives, franchisees other personnel acting in their behalf.

2. "Person" means any individual, firm, joint venture, partnership, association, corporation or other legal, business or governmental entity.

3. The terms "document" and "documents" include, without limitation, each and every written, typed, printed, recorded, transcribed, taped, filmed, or graphic material, however produced or reproduced, including copies of originals if originals are not in existence or not available, wherever located. The terms "document" and "documents" also include all written or graphic material of every kind and nature, including, but not limited to, testimony and exhibits, memoranda, inter-office memoranda, intra-office memoranda, correspondence, letters, proposals, reports (including drafts, preliminary, immediate, and final reports), surveys, analyses, studies, test results, summaries, comparisons, tabulations, charts, books, pamphlets, photographs, slides, videotapes, maps, charts, graphs, bulletins, corporate or other minutes, notes, diaries, log sheets, ledgers, transcripts, microfilm microfiche, computer data, computer files, computer tapes, computer inputs, computer outputs and printouts, vouchers, bills, accounting statements, invoices, bills of lading, financial statements, canceled checks, check stubs, budgets, work papers, mechanical and electrical recordings, telephone and telegraphic communication, speeches, contracts, agreements, and portions or parts thereof in whatever form, directives, corporate charters, tax returns and all other records, written, electrical, mechanical or otherwise, and drafts of any of the above and any and all other such material not included in the foregoing relating in any way to the subject matter specified.)

The terms "document" and "documents" include copies of documents if the originals of the document or documents are not in your possession, custody or control. The terms "document" and "documents" include every non-identical copy of a document which contains handwritten or other notations and which does not duplicate the original or any other copy.

The terms "document" and "documents" also include any attachments or appendices to any document.

4. The meaning of "pertaining to" or "relating or referring to" includes evidencing, inferring, setting forth, reflecting, showing, disclosing, describing, summarizing, concerning or referring to in any way, even if only in passing.

5. References to the singular include the plural and vice versa; references to the past tense include the present tense; references to the present tense include the past tense; and disjunctive terms or phrases should be read to include the conjunctive and vice versa (for example, the term "and" includes "or" and the term "or" includes "and").

6. The terms "identify", "identity of" or "identification", when referring to an individual, means to state his or her full name and address. When referring to a document, it means to state the date and author of the document (or to state alternative means of identifying the document) and to give the documents current location and the name and address of its custodian. In lieu of identifying a document, you may produce it for inspection and copying. Moreover, if a document or documents in your possession contain the information sought by these interrogatories, you may produce the document in lieu of answering the interrogatory.

7. If the attorney-client privilege, "work-product," limited immunity, or other privilege is claimed as to any communication or document, state the date of such document or communication, identify the person(s) who authorized, prepared or participated in preparing such document or communication and identify the person(s) to whom it is directed, sent or circulated; identify the person(s) now in possession of such document or who know(s) the content of such communication, and state the general subject matter of the document or communication, and the basis for the claim of privilege as to each said document or communication.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Please list the full name, last known address, and telephone number of every individual you or your attorney believes might have knowledge or claims to have knowledge of any facts relevant to the property damage that is the subject matter of this claim.

### INTERROGATORY NO. 2:

Please provide available dates in February of 2019 to depose the following individuals:

a. American Bankers Insurance Company of Florida's adjuster Tiffani Erwin;

b. American Bankers Insurance Company of Florida's adjuster Elvira Casiano;

c. The American Bankers Insurance Company of Florida employee(s) who initially inspected Plaintiffs' property in order to assess the property damage claim; and

d. 1442 deponent regarding American Bankers Insurance Company of Florida's policies, practices, and procedures with respect to handling and evaluating property damage claims.

**INTERROGATORY NO. 3:**

Please state whether any experts have been retained by Defendants in relation to this property damage claim. If yes, please provide:

    a.  The name, address, and telephone number of the expert;

    b.  The date the expert was hired; and

    c.  Provide available dates in February 2019 to depose the expert.

**INTERROGATORY NO. 4:**

Please list the full name, last known address, and telephone number of each witness, including any expert witnesses, you or your attorney intends to call at the trial of this matter and provide a summary of their expected testimony.

**INTERROGATORY NO. 5:**

Please furnish the name and address of each person who assisted in answering or otherwise contributed to answering in any form, no matter how minimal, these interrogatories.

**INTERROGATORY NO. 6:**

Provide the names and addresses of every person believed or known by you, your agent or attorneys to have any knowledge concerning any of the issues raised by the pleadings, including the cause of the incident, and specify the subject matter about which the witness has knowledge.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

Please produce every document that supports, corroborates or was referred to or relied upon in any way in any of your Answers to the above Interrogatory Nos. 1-6.

**REQUEST FOR PRODUCTION NO. 2:**

Please provide every document and thing you have regarding Plaintiffs' property damage claim, including, but not limited to, any notes from the adjuster who initially inspected Plaintiffs' property in this matter.

**REQUEST FOR PRODUCTION NO. 3:**

Please provide a copy of every document and thing in every file—whether printed or electronically stored—held by an adjuster and anyone who participated in any way, on behalf of Defendants, in the evaluation of the property damages in this matter.

**REQUEST FOR PRODUCTION NO. 4:**

Please provide a copy of every document and thing – whether printed or electronically stored – that Defendants used or relied upon to determine the amount of the value of property damage in this matter.

**REQUEST FOR PRODUCTION NO. 5:**

Please produce a copy of every American Bankers Insurance Company of Florida and/or HomeFirst Agency, Inc. policy, manual, and rule of every kind regarding the adjustment and valuation of a claimant's property damage.

**REQUEST FOR PRODUCTION NO. 6:**

Please produce a copy of every photograph, image (digital, video or otherwise), motion picture, sketch and diagram, prepared or taken of the subject incident site, or of any object or person involved in the assessment of same. This includes any property damage photographs taken of the home.

**REQUEST FOR PRODUCTION NO. 7:**

Please produce every item and document (whether printed or electronically stored) in your or your attorney's possession or control that supports, corroborates, or evidences, in any way, every claim and denial you have made and now intend to make in this suit.

**REQUEST FOR PRODUCTION NO. 8:**

Please produce a copy of every document and tangible item you or your attorney now reasonably believes or intends to introduce into evidence at trial or use as a demonstrative exhibit at trial.

By attorneys,

STUTES & LAVERGNE, LLC

P. JODY LAVERGNE, (#27546)
JEANETTE DEWITT-KYLE (#33801)
DEIL J. LALANDE (#37200)
600 Broad Street, Post Office Box 1644
Lake Charles, LA 70602-1644
Telephone:(337) 433-0022
Facsimile: (337) 433-0601
deil@stuteslaw.com

**PLEASE SERVE**

THE DEFENDANTS AS
OUTLINED IN PARAGRAPH ONE

A TRUE COPY
Lake Charles, Louisiana

JAN - 4 2019

5